1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
5  LOWELL C. POWELL  (CABN 235446)
   Special Assistant United States Attorney
6
      450 Golden Gate Avenue, Box 36055
      San Francisco, California  94102
7     Telephone:     (415) 436-7368
      Facsimile:      (415) 436-7234
8     Email: lowell.powell2@usdoj.gov

9  Attorneys for Plaintiff

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,           )   NO. CR 10-0636 JSW
15                                     )
         Plaintiff,                    )
16                                     )
      v.                               )   **STIPULATION AND [PROPOSED]**
17                                     )   **ORDER EXCLUDING TIME UNDER 18**
   JOSE LOPEZ CEJA,                    )   **U.S.C. § 3161**
18    a/k/a Jose Ceja,                 )
      a/k/a Jose Lopez,                )
19                                     )
         Defendant.                    )
20  _____)

21

22
       On August 31, 2010, the parties in this case appeared before the Court.  At that time, the
23
   Court set the matter to October 7, 2010 at 2:30 p.m. before the Honorable Jeffrey S. White.  The
24
   parties have agreed to exclude the period of time between August 31, 2010 and October 7, 2010,
25
   from any time limits applicable under 18 U.S.C. § 3161.  The parties have represented that
26
   granting the exclusion for continuity of counsel and to  allow the reasonable time necessary for
27
   effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that
28

STIPULATION & [PROPOSED] EXCLUDING TIME
CR 10-0636 JSW                                                                                1

the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings consistent with this agreement.

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: September 1, 2010            /s/
                                    LOWELL C. POWELL
                                    Special Assistant United States Attorney

DATED: September 1, 2010            /s/
                                    BARRY PORTMAN
                                    Attorney for JOSE LOPEZ CEJA

STIPULATION & [PROPOSED] EXCLUDING TIME
CR 10-0636 JSW                                                                              2

## [PROPOSED] ORDER

For the reasons stated above and at the August 31, 2010 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from August 31, 2010 through October 7, 2010 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). The failure to grant the requested exclusion of time would unreasonably deny the defendant continuity of counsel, and deny counsel for the defendant and for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 9/2/2010

_____
THE HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge



STIPULATION & [PROPOSED] EXCLUDING TIME
CR 10-0636 JSW

3